**AURORA LOAN SERVICING,**
**LLC, Respondent**

v.

**Crystal M. STEPHENS, Petitioner**

**No. 29 EAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**